IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-03038-PAB-KLM

LEWIS JACKSON MITCHAM and
MARSHA J. MITCHAM,

    Petitioners,

v.

NATIONSTAR MORTGAGE, LLC,
ANTHONY H. BARONE, President and CEO, and
MARGARET T. CHAPMAN, Public Trustee, Jefferson County, and
all persons unknown, claiming any legal or equitable right, title, estate,
lien, or interest in the property described in the complaint adverse to
Petitioners' title, or any cloud upon Petitioners' title thereto,

    Respondents.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 28]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED March 5, 2010.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge